# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Cutting Edge Concrete Services, Inc. | ) | ASBCA Nos. 61072, 61174, 61186 |
| | ) | |
| Under Contract No. N62473-14-C-1006 | ) | |

APPEARANCE FOR THE APPELLANT:  Gregory J. Hout, Esq.
Law Offices of Gregory J. Hout
San Diego, CA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Brian S. Smith, Esq.
Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  26 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61072, 61174, 61186, Appeals of Cutting Edge Concrete Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals